[No. 8588–1–III.   Division Three.   May 10, 1988.]

*In the Matter of the Marriage of* BERNADINE REID,
*Respondent, and* WAYNE REID, *Appellant.*

Appeal from a judgment of the Superior Court for Adams
County, No. 12669, Gordon Swyter, J., entered May 5,
1987. *Affirmed in part* and *remanded* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Thompson, JJ.

[No. 10424–5–II.   Division Two.   May 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
JOSEPH HODGES, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 86–1–00142–2, Milton R. Cox, J., entered
October 2, 1986. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 10801–1–II.   Division Two.   May 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ZIEGLER,
*Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 86–1–00090–9, Daniel J. Berschauer, J.,
entered January 15, 1987. *Affirmed* by unpublished opinion
per Reed, C.J., concurred in by Petrich and Alexander, JJ.